UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:08CR633 HEA |
| | ) | |
| ANDREW W. MOSS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court upon defendant's Motion to Continue Sentencing [Doc. #23]. Plaintiff is not opposed to this motion.

This Court, upon careful consideration of the motion of defendant, and on review of the record, finds that the ends of justice would best be served by continuing the sentencing hearing as to Defendant Andrew W. Moss to September 22, 2009, and that a continuance of these proceedings outweighs the best interest of the public and the defendant in a speedy trial. Furthermore, failure to grant a continuance would deny counsel for the Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Counsel for Defendant has indicated to the Court that he needs additional tiem to insure that Defendant get necessary documents to the Probation Office so they can be included in the Pre-Sentence Report. Additionally counsel has indicated that Defendant is in the process of securing restitution he wishes to pay prior to sentencing.

Concluding that the administration of justice will best be served by continuing this case, the Court will reset the sentencing hearing in this proceeding.

Accordingly,

**IT IS HEREBY ORDERED**, that the sentencing hearing as to Defendant Andrew W. Moss is **RESET** to September 22, 2009, at 10:30 a.m.

Dated this 26th day of August, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE